IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD JENNINGS,             )
                             )
     Petitioner,             )
                             )
                             )    CIVIL ACTION NO.
     v.                      )      2:22cv511-MHT
                             )          (WO)
ROLANDA CALLOWAY, Warden,    )
and STEVEN T. MARSHALL,      )
Attorney General for the     )
State of Alabama,            )
                             )
     Respondents.            )
```

ORDER

This case is before the court on petitioner's substitute motion for extension of time to respond to the report and recommendation. Petitioner's original motion for extension of time was not signed. Petitioner signed the substitute motion after the certificate of service, but not on the motion itself.

Because plaintiff is not a lawyer, the court will treat the signature on the certificate of service as a signature for the motion as well. However, plaintiff

is advised that the proper method is to include a signature on both the motion and the certificate of service. (Also, petitioner should include the name of this case and the case number on all of his filings with the court, ideally using the form the court used at the top of the first page of this order.)

\*\*\*

Accordingly, it is ORDERED that:

(1) Petitioner's substitute motion for extension of time to respond to the report and recommendation (Doc. 25) is granted, and the deadline for petitioner to respond to the report and recommendation (Doc. 21) is extended to December 12, 2024.

(2) Petitioner's original motion for extension of time (Doc. 24) is denied as moot.

DONE, this the 21st day of November, 2024.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE