IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD JENNINGS, )<br>)<br>    Petitioner, )<br>)<br>    v. )<br>)<br>ROLANDA CALLOWAY, Warden, )<br>et al., )<br>)<br>    Respondents. ) | CIVIL ACTION NO.<br>2:22cv511-MHT<br>(WO) |

## OPINION

Pursuant to 28 U.S.C. § 2254, petitioner filed this habeas-corpus case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied as time-barred. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of January, 2025.

                                     /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**